**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

vs.                                            NO.  4:04CR00274 JLH

ALVIN CLAY and
RAYMOND NEALY                                                                                        DEFENDANTS

**ORDER**

Pending before the Court is defendant Raymond Nealy's motion to withdraw Mark Alan Jesse as counsel and motion for continuance of the May 27, 2008, trial date. By Order dated May 12, 2008, the Court directed Mr. Jesse to provide the Court with a letter explaining the factual basis for the conflict referenced in the motion to withdraw as counsel.  Mr. Jesse has complied with the Court's request and provided the Court with a letter, which will be filed under seal, detailing the rationale for seeking new counsel for Raymond Nealy.

After careful consideration, the Court finds that Mark Alan Jesse should be relieved as counsel of record for defendant Raymond Nealy in this matter, so the motion to withdraw is GRANTED.  Docket #229-1.  Raymond Nealy is hereby given thirty (30) days from the date of this Order to retain new counsel.  Said counsel should file his or her entry of appearance no later than Thursday, June 12, 2008. Mr. Jesse is directed to provide Raymond Nealy with a copy of this Order.

The issues herein are such that to deny the motion to continue would deny counsel for Raymond Nealy the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses that might be asserted on behalf of the defendant.  Therefore, the motion to continue is GRANTED as to Raymond Nealy.  Docket #229-2.

Following the standards articulated in *Zafiro v. United States*, 506 U.S. 534, 539, 113 S. Ct. 933, 938, 122 L. Ed. 2d 317 (1993), and *United States v. Hively*, 437 F.3d 752, 765 (8th Cir. 2006), the Court has concluded that the risk of prejudice to Alvin Clay and Raymond Nealy in a joint trial is high and that specific trial rights would be jeopardized. Therefore, the trials of Alvin Clay and Raymond Nealy will be severed. Alvin Clay's trial date will begin as currently scheduled at *9:15 a.m. on TUESDAY, MAY 27, 2008*. Raymond Nealy's jury trial is hereby rescheduled to begin at *9:15 a.m. on MONDAY, AUGUST 18, 2008*. Counsel are to be present thirty minutes prior to trial. Jury instructions should be submitted to the Court by *August 8, 2008*, on a 3½" diskette in WordPerfect format or electronically to jlhchambers@ared.uscourts.gov.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), as to Raymond Nealy.

Dated this 13th day of May, 2008.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE