### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO.  4:04CR00274 JLH | |
| ALVIN CLAY and<br>RAYMOND NEALY | | DEFENDANTS |

### ORDER

The United States has filed a motion for reconsideration of the Order severing the trials of Alvin Clay and Raymond Nealy.  Before entering the Order severing the trials of Alvin Clay and Raymond Nealy, the Court reviewed the relevant portions of the opinions in *Zafiro v. United States*, 506 U.S. 534, 113 S. Ct. 933, 122 L. Ed. 2d 317 (1993), and *United States v. Hively*, 437 F.3d 752 (8th Cir. 2006), and concluded, based on the new information provided under seal by Mark Alan Jesse in support of his motion to withdraw, that application of the principles in *Zafiro* and *Hively* required that the trials of Alvin Clay and Raymond Nealy be severed.  The Court is now convinced that it would be difficult to ensure a fair trial for both defendants if both defendants are tried together.  Therefore, the motion for reconsideration is DENIED.  Document #234.

IT IS SO ORDERED this 15th day of May, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE