**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.    No. 4:04CR00274 JLH | |
| ALVIN CLAY, RAYMOND NEALY, and DONNY MCCUIEN | DEFENDANTS |

**ORDER**

Pending before the Court is defendant Raymond Nealy's Motion for Continuance of the sentencing date currently set for Friday, July 24, 2009. Good cause having been shown, the motion is granted. Docket #386. The Court finds that in the interests of justice, the sentencing date for co-defendants Alvin Clay and Donny McCuien should also be continued.

IT IS THEREFORE ORDERED that the sentencing date for defendants Alvin Clay, Raymond Nealy, and Donny McCuien is hereby rescheduled for ***FRIDAY, AUGUST 28, 2009, at 9:30 A.M.,*** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 13th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE