# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                          NO.  4:04CR00274-01 JLH

ALVIN CLAY                                                               DEFENDANT

## **ORDER**

The mandate having been issued by the United States Court of Appeals for the Eighth Circuit after affirming the conviction in this case, Alvin Clay must report to the Bureau of Prisons to begin serving his time of incarceration on January 3, 2011.

IT IS SO ORDERED this 4th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE